# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968  
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15  
(405) 340-4900 ext 15

March 2, 2010

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
100 E. Capitol, Suite 100
P. O. Box 2448
Jackson, MS 39225-2448
Attn: Mitzie Nations

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR - 5 2010

DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

Re: SOUTHERN DISTRICT OF MISSISSIPPI APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Nations:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 04-50365 |
| Debtor: | MICHAEL W. JOSEPH and BRENDA F. JOSEPH |
| Creditor/Claimant: | Bank of America, N.A. successor to Fleet Credit Card Services, L.P. |
| Amount: | $929.30 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF MISSISSIPPI

| | |
|---|---|
| IN RE: | Case No. 04-50365 |
| MICHAEL W. JOSEPH and BRENDA F. JOSEPH, | (Chapter 7) |
| DEBTOR | |

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 5 2010
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Bank of America, N.A. successor to Fleet Credit Card Services, L.P. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $929.30. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Bank of America, N.A. successor to Fleet Credit Card Services, L.P.

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## CERTIFICATE OF MAILING

      I hereby certify that on March 2, 2010 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
500 One Jackson Place
188 E. Capitol St.
Jackson, MS 39201

                                                     Greg Griffith

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF MISSISSIPPI

IN RE:                                                          ) Case No. 04-50365
                                                                )
MICHAEL W. JOSEPH and BRENDA F.                                 )    (Chapter 7)
JOSEPH,
            DEBTOR

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of Bank of America, N.A. successor to Fleet Credit Card Services, L.P., (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $929.30) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

###

Submitted by:

_/s/ Greg Griffith_
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 S. Boulevard
Edmond, OK 73013
(405) 340-4900

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

Karen Hartford Polk, Assistant Vice President of Bank of America Corporation ("Bank of America"), acting on behalf of Bank of America hereby appoint **Greg Griffith of American Property Locators, Inc.**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

Bank of America, N.A. successor to Fleet Credit Card Services, L.P. in the amount of $929.30

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto.

Signed this 12 day of February, 2010.

Bank of America Corporation

_____
Karen Hartford Polk
Assistant Vice President

Bank of America, N.A. successor to Fleet        Federal Taxpayer ID 94-1687665
Credit Card Services, L.P.


State of North Carolina  County of Mecklenburg  Date: February 12, 2010.

The above-named Karen Hartford Polk, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _____
Notary Public

My commission expires: 8/20/2014

(Notary Seal) KRISTEN A. YARBOROUGH, Notary Public, Mecklenburg Co.

**Bank of America**

Karen Hartford Polk
Assistant Vice President
Recovery Solutions
Recovery Officer

Tel: 704.387.5985 · Fax: 704.388.2475
karen.a.hartford@bankofamerica.com

Bank of America, NC1-023-15-01
525 North Tryon Street, Charlotte, NC 28255





# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

Jeff Lambert, Vice President of Bank of America N.A. ("Bank of America"), acting on behalf of Bank of America hereby appoint Karen Hartford Polk, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to Bank of America or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Signed this 27 day of June, 2007

Bank of America N.A.
By _____
Jeff Lambert
Vice President

Bank of America N.A.                              Federal Taxpayer ID 94-1687665

State of North Carolina County of Mecklenburg        June 27, 2007

The above-named _____Jeff Lambert_____ known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.
                                        Before me: _____
                                                   Notary Public

(Notary Seal)
                                        My commission expires: __6/25/2011__

# National Information Center
## Federal Reserve System

*Institution Search | Institution History | Organization Hierarchy | Financial & Performance Reports | Top 5

| | | | |
|---|---|---|---|
| *Financial Report | NAME: FLEET CREDIT CARD SERVICES, L.P. | INSTITUTION TYPE: | OTHER COMPANY |
| | ADDRESS: 0 | REGULATOR: | N/A |
| Institution Organization Hierarchy | CITY: PROVIDENCE | INSURANCE: | N/A |
| | STATE: RI | TOP HOLDER: | BANK OF AMERICA CORPORATION |
| | ZIP CODE: 02903 | FDIC CERTIFICATE #: | N/A |
| | COUNTRY: UNITED STATES | ACTIVITY: | CREDIT CARD ISSUING |
| | CURRENT STATUS: OPEN | | |

## Information

Financial reports are not available for the selected institution.




## Bank of America / Fleet Merger

- Overview
- Merger News
- Frequently Asked Questions
- Products & Services
- In the Community
- ATM Locations
- Contact Information

### Merger News



Keeping you informed.

#### You're getting unmatched convenience

The merger of Fleet and Bank of America provides access to the nationwide convenience and resources of two leading financial institutions — more products, services and community support than ever before.

Your accounts and products haven't changed, so you don't need to do anything today.

#### Enjoy the nation's largest network of bank-owned ATMs

Enjoy the benefits today with coast-to-coast access to more than 16,000 Bank of America ATMs for cash withdrawals using your ATM or debit cards. And you won't pay ATM transaction fees ordinarily charged for using other banks' ATMs.

#### You'll be informed every step of the way

We value your relationship, and we're dedicated to doing everything we can to make your transition to Bank of America seamless.

- We will send you details by mail in the coming months about Bank of America accounts and services.
- We will provide you with the latest news on this site — www.fleet.com/bankofamerica — on a regular basis.

#### What's New

Fleet logo being retired on Statements and Online

You may have noticed that the signs on your neighborhood Fleet branch and ATMs now say Bank of America. As another step towards completing the transition of Fleet to Bank of America, the Fleet logo will be removed from your monthly deposits statements beginning in January, on our web sites and from other communications that you may receive from us. This change will not affect your accounts or how you bank online. Learn more

#### Learn more

To learn more about Bank of America, visit www.bankofamerica.com, or use these links:

- Facts about the Corporation
- Newsroom
- Investor Relations

Bank of America Privacy & Security · Bank of America Home
Fleet Privacy Policy · Fleet Home

Fleet National Bank, a Bank of America company, Member FDIC.

© 2005 Bank of America Corporation. All rights reserved.

Bank of America is not responsible for the content, products, or services provided on third-party sites hyperlinked from this page. Bank of America does not endorse or guarantee the products, information, or recommendations provided on third party sites hyperlinked from this page, and Bank of America is not liable for the failure of

ASSISTANT SECRETARY'S CERTIFICATE
OF
BANK OF AMERICA CORPORATION

The undersigned, Christine Costamagna, an Assistant Secretary of BANK OF AMERICA CORPORATION ("BAC"), a Delaware corporation, having its principal place of business in the City of Charlotte, Country of Mecklenburg, State of North Carolina, does hereby certify that:

1. NB Holdings Corporation, a Delaware corporation, is a wholly-owned subsidiary of BAC;

2. Bank of America, National Association and Bank of America, National Association (USA) are national banking association and are wholly-owned subsidiaries of NB Holdings Corporation;

3. Fleet Credit Card Holdings, Inc., a Delaware corporation, is a wholly-owned subsidiary of Bank of America, National Association (USA); and,

4. Fleet Credit Card Holdings, Inc. is the general partner of Fleet Credit Card Services, L.P., a Delaware limited partnership.

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate on the date and in the capacity set forth below.

Dated: March __, 2005

_____
Christine Costamagna
Assistant Secretary
Bank of America Corporation

# Delaware

*The First State*

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"FLEETBOSTON FINANCIAL CORPORATION", A RHODE ISLAND CORPORATION,

WITH AND INTO "BANK OF AMERICA CORPORATION" UNDER THE NAME OF "BANK OF AMERICA CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTY-FIRST DAY OF MARCH, A.D. 2004, AT 3:34 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE FIRST DAY OF APRIL, A.D. 2004.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2927442  8100M

040235225

AUTHENTICATION: 3025986

DATE: 03-31-04

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:34 PM 03/31/2004
FILED 03:34 PM 03/31/2004
SRV 040235225 - 2927442 FILE

# CERTIFICATE OF MERGER

## OF

## FLEETBOSTON FINANCIAL CORPORATION

## INTO

## BANK OF AMERICA CORPORATION

In accordance with Section 252 of the General Corporation Law of the State of Delaware, Bank of America Corporation, a Delaware corporation ("Bank of America"), does hereby certify as follows:

FIRST: That the name and state of incorporation of each of the constituent corporations of the merger herein certified are as follows:

| **Name** | **State of Incorporation** |
|---|---|
| FleetBoston Financial Corporation | Rhode Island |
| Bank of America Corporation | Delaware |

SECOND: That an Agreement and Plan of Merger, dated as of October 27, 2003, by and between FleetBoston Financial Corporation ("FleetBoston"), a Rhode Island Corporation, and Bank of America, was approved, adopted, certified, executed and acknowledged by each of the constituent corporations in accordance with the requirements of Section 252 of the General Corporation Law of the State of Delaware.

THIRD: That Bank of America will continue as the surviving corporation.

FOURTH: That the Amended and Restated Certificate of Incorporation of Bank of America at the effective time of the merger shall be the certificate of incorporation of the surviving corporation.

FIFTH: That a copy of the executed Agreement and Plan of Merger is on file at the offices of the surviving corporation at Bank of America Corporate Center, Charlotte, North Carolina 28255.

SIXTH: That a copy of the Agreement and Plan of Merger will be furnished by Bank of America, on request and without cost, to any stockholder of any constituent corporation.

SEVENTH: The authorized capital stock of FleetBoston consisted of 2,000,000,000 shares of Common Stock, $0.01 par value per share, and 16,000,000 shares of Preferred Stock, $1.00 par value per share, of which 690,000 shares were designated as Series VI 6.75% Perpetual Preferred Stock and 805,000 shares were designated as Series VII Fixed/Adjustable Rate Cumulative Preferred Stock.

EIGHTH: This Certificate of Merger shall become effective on April 1, 2004 at 12:01 a.m., Eastern time.