UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF THE STATE OF MISSISSIPPI

| | |
|---|---|
| IN RE: | ) Case No. 04-50365 |
| | ) |
| MICHAEL W. JOSEPH and BRENDA F. JOSEPH, | )    (Chapter 7) |
| DEBTOR | |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT  (DKT.#36)

On the application of Bank of America, N.A. successor to Fleet Credit Card Services, L.P., (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $929.30) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK  73013.

###

Neil P. Olack
United States Bankruptcy Judge
Dated:  April 6, 2010

Submitted by:

Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 S. Boulevard
Edmond, OK  73013
(405) 340-4900